■ ROSEMARIE A. HERMAN et al., Appellants, v JULIAN MAURICE HERMAN et al., Respondents, et al., Defendants. [18 NYS3d 538]—Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered June 23, 2014, which denied plaintiffs' motion to extend a notice of pendency, unanimously reversed, on the law, with costs, and the motion granted.

In their complaint, plaintiffs seek, among other things, the conveyance of title to real property located at 952 Fifth Avenue in Manhattan to either plaintiff Herman or a trust of which she is the sole beneficiary. According to the complaint, defendants, through a series of fraudulent transactions, deprived the trust of its title to the property.

Because "the judgment demanded would affect the title to . . . real property," the filing of a notice of pendency was proper and the notice should be extended (CPLR 6501). Concur—Tom, J.P., Friedman, Andrias, Gische and Kapnick, JJ.